# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-0313
_____

SHAUNTAREEYA JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


September 25, 2020


PER CURIAM.

The petition for belated appeal is denied.

MAKAR, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Shauntareeya Jones, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.